```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DENNIS J. HANNA
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA SCHAAL,<br><br>          Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | CASE NO. **2:06-CV-01457-CMK**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner, by and through the Office of Disability Adjudication and Review (ODAR), has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff an opportunity for a new hearing and decision.

SCHAAL v. CSS
Stip & Order of Remand (Sentence 4)
06-cv-01457-CMK                              1

1  Upon remand, ODAR will recompute Plaintiff's alleged
2  Supplemental Security Income overpayments and provide an
3  explanation of the overpayment computation to Plaintiff in a
4  corrective decision (with a copy of the computation). With that
5  decision, ODAR will offer Plaintiff a supplemental hearing. If
6  ODAR is unable to do the computation or if Plaintiff requests an
7  opportunity for a hearing, the case will be remanded to an
8  Administrative Law Judge for a hearing.

9  It is further stipulated that the administrative decision
10 is hereby vacated and that the Clerk of this Court shall be
11 directed to enter a separate judgment herein, as provided for
12 under Rules 58 and 79(a) of the Federal Rules of Civil Procedure,
13 pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625
14 (1993).

```
DATED: January 19, 2007         /s/ David G. Lee (as authorized
                                on January 19, 2007)
                                DAVID G. LEE
                                Attorney at Law

                                Attorney for Plaintiff

DATED: January 19, 2007         McGREGOR W. SCOTT
                                United States Attorney
                                BOBBIE J. MONTOYA
                                Assistant U. S. Attorney

                            By: /s/ Bobbie J. Montoya for
                                DENNIS J. HANNA
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant
OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration
```

SCHAAL v. CSS
Stip & Order of Remand (Sentence 4)
06-cv-01457-CMK                  2

## ORDER

This matter is hereby remanded pursuant to the stipulation of the parties. The Clerk is directed to enter Judgment.

SO ORDERED.

DATED: January 25, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

```
SCHAAL v. CSS
Stip & Order of Remand (Sentence 4)
06-cv-01457-CMK                          3
```