McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DENNIS J. HANNA
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| TANYA SCHAAL, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> LINDA S. McMAHON[1], ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____) | CIVIL NO. 2:06-cv-01457-CMK <br><br> STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of **TWO THOUSAND NINE HUNDRED SIXTY TWO and 50/100 DOLLARS ($2,962.50)**, for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of **TWO THOUSAND NINE HUNDRED SIXTY TWO and 50/100 DOLLARS ($2,962.50)** shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

Respectfully submitted,

Dated: *February 6, 2007*     /s/ David G. Lee
                              (As authorized via e-mail)
                              DAVID G. LEE
                              Attorney for Plaintiff

Dated: *February 6, 2007*     McGREGOR W. SCOTT
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              DENNIS J. HANNA
                              Special Assistant United States Attorney

                              Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  February 12, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE